**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO.: 8:07-CV-2271-T-27 TBM

LONNIE WATSON, on his own
behalf and on others similarly situated,

    Plaintiff,

v.

JOSEPH F. MIRANDA, INC., a
Florida corporation, and JOSEPH
F. MIRANDA, individually,

    Defendants.
_____/

## JOINT MOTION FOR REVIEW OF SETTLEMENT AGREEMENT *IN CAMERA*, FOR APPROVAL OF SETTLEMENT AGREEMENT

The Plaintiff, LONNIE WATSON, and Defendants, JOSEPH F. MIRANDA, INC. and JOSEPH F. MIRANDA, hereby file their Joint Motion For Review of Settlement Agreement *In Camera*, For Approval of Settlement Agreement. As grounds for their Motion, Plaintiff and Defendants state as follows:

1. Plaintiff's Complaint asserts claims under the Fair Labor Standards Act (FLSA) for back wages constituting alleged unpaid overtime compensation.

2. Defendants have denied that Plaintiff is entitled to any overtime compensation.

3. However, in an effort to avoid expenses and with no admission of liability, the parties have reached a settlement agreement and memorialized the agreement in a document titled Full and Final Release of All Claims, Settlement Agreement, Promise Not to Seek Re-Employment and Confidentiality Agreement. The amounts in the agreement include all overtime claimed due and

Watson, Lonnie v. Joseph F. Miranda, Inc., et al.
Case No. 8:07-CV-2271-T-27 TBM

owing.

4. The parties assert that the settlement is a fair and reasonable compromise of Plaintiff's claims under the FLSA, such that this Court should approve same. *See Lynn's Food Store, Inc. v. U.S.*, 679 F. 2d 1350, 1353 (11th Cir. 1982).

5. The parties jointly approve the Agreement and the dismissal of the case with prejudice.

6. In order to preserve confidentiality as to the specific terms and conditions of the Agreement, the parties request that this Court review the Agreement *in camera*.

**WHEREFORE**, PREMISES CONSIDERED, Plaintiff and Defendants jointly request that the Court review the parties' proposed Settlement Agreement and thereafter enter an Order approving the Settlement Agreement and finding that the Agreement is a fair and reasonable resolution.

Respectfully submitted,

**DATED**: January 22, 2008

/ s / Andrew Frisch
Andrew Frisch, Esquire
Morgan & Morgan, P.A.
Counsel for Plaintiff
7450 Griffin Road, Suite 230
Fort Lauderdale, FL 33314
954-318-0268
Florida Bar No. 027777
afrisch@forthepeople.com

/ s / Patrick H. Gonyea
Patrick H. Gonyea, Esquire
Vernis & Bowling of Miami, P.A.
Counsel for Defendant
1680 N.E. 135th Street
Miami, FL 33181
305-895-3035
Florida Bar No. 0055042
pgonyea@florida-law.com

2